**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLITECH CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) C.A. No. 10-645 (MMB) |
| ALTERA CORPORATION, | ) |
| XILINX, INC., and | ) |
| LATTICE SEMICONDUCTOR | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated by Plaintiff Intellitech Corporation ("Intellitech") and defendant Altera Corporation ("Altera"), subject to the approval of the Court, that all of the claims and counterclaims as between Intellitech and Altera are dismissed with prejudice.

MORRIS JAMES LLP

*/s/ Mary B. Matterer*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Intellitech Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Altera Corporation*

OF COUNSEL:

Gregory S. Arovas, P.C.
Robert Appleby
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 446-4800

        Kimberly A. Schmitt
        KIRKLAND & ELLIS LLP
        555 California Street
        San Francisco, CA 94104
        (415) 439-1400

SO ORDERED this _____ day of April 2011.

_____
                            J.